# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PADDY LIEDMAN,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-05443 |
| **TARA KNIZER, ET AL.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 21st day of March, 2012, upon consideration of the defendant's Motion to Strike Order on Motion to Reinstate, and Dismiss Complaint (Doc. No. 6), and all responses and replies thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.